

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

February 25, 2015

Jarrod Neal Flaming
TDCJ-ID #1679601
Jester III Unit
3 Jester Road
Richmond, TX 77406

**RE:** Case Number:  07-15-00073-CR and 07-15-00074-CR
Trial Court Case Number: A-18635-1011 and B-18377-1044

**Style:** Jarrod Neal Flaming v. The State of Texas

Dear Mr. Flaming:

Upon reconsideration the Court has filed the previously submitted notices of appeal.  All future correspondence should reference the captioned cause numbers. The Court directs appellant to show why we have jurisdiction over the captioned appeals. Said response is due no later than Monday, March 9, 2015.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:   Carla Cannon (DELIVERED VIA E-MAIL)
Honorable Kregg Hukill (DELIVERED VIA E-MAIL)
Wally Hatch (DELIVERED VIA E-MAIL)
Holly Craven (DELIVERED VIA E-MAIL)